IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LONNIE REED, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | NO. 13-6665 |
| | : | |
| JOHN KERESTES, et al., | : | |
| Respondents. | : | |

## ORDER

AND NOW, this 7th day of August, 2014, upon independent consideration of the Petition for Writ of Habeas Corpus (Docket No. 1) docketed on November 14, 2013; the Response to the Petition for Writ of Habeas Corpus (Docket No. 16) filed by Respondents on July 8, 2014; and after review of the Report and Recommendation ("R&R") of United States Magistrate Judge Henry S. Perkin dated July 14, 2014, **IT IS HEREBY ORDERED** that:

1. the R&R is APPROVED and ADOPTED;

2. the Petition for Writ of Habeas Corpus is DENIED with prejudice and DISMISSED without an evidentiary hearing; and

3. there is no probable cause to issue a certificate of appealability.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.